**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**KAREN G. GILMORE**                                                                                   **PLAINTIFF**

v.                                    CASE NO. 4:04-CV-1264 GTE

**JOHN E. POTTER, Postmaster General,**
**United States Postal Service; JOHN TOLLIVER,**
**Postmaster, North Little Rock, Arkansas;**
**PERCY GILBERT, Acting Station Manager;**
**KAREN OSOWSKI, Supervisor**                                                            **DEFENDANTS**

## JUDGMENT

Upon the basis of the Order granting Defendants' Motion for Summary Judgment, Plaintiff's complaint must be dismissed with prejudice against Defendants.

IT IS THEREFORE ORDERED that JUDGMENT be, and it is hereby, entered in favor of Defendants John E. Potter, John Tolliver, Percy Gilbert, and Karen Osowski, and against Plaintiff, Karen G. Gilmore.

IT IS FURTHER ORDERED that the Complaint be, and it is hereby, dismissed with prejudice.

Dated this 7th day of November, 2006.

/s/Garnett Thomas Eisele
UNITED STATES DISTRICT JUDGE